```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

D'ARRIGO BROS. CO. OF NEW YORK,       :
INC.,
                                      :
            Plaintiff,                :     ORDER

       -against-                      :     09 Civ. 9658 (PAC) (MHD)

Robert DONACH,                        :

            Defendant.                :
-------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

2/22/10

It is hereby ORDERED that a conference has been scheduled in the above-captioned action on **FRIDAY, APRIL 2, 2010, at 10:00 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York
       February 22, 2010**

SO ORDERED.

**MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today:

BY FACSIMILE TO:

Leonard Kreinces, Esq.
Fax: (516) 227-6594

AND BY MAIL TO:

Robert Donach
53 Sutton Street
Brooklyn, NY 11222-4403